# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARLA BROYLES, and ) <br> CHARITY MIACO, Individually ) <br> and as class representatives for ) <br> all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PERSELS & ASSOCIATES, LLC, ) <br> f/k/a RUTHER & ASSOCIATES, ) <br> LLC; ) <br> PERSELS & ASSOCIATES, LLP; ) <br>     and ) <br> PERSELS & ASSOCIATES, PLLC, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NUMBER <br> 1:12-cv-00294-CAP |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Plaintiff's First Interrogatories to Defendant Persels & Associates, LLC, Plaintiff's First Request for Production of Documents to Defendant Persels & Associates, LLC; and Plaintiff's First Requests for Admission to Defendant Persels & Associates, LLC to the following parties *via* e-mail and U.S. First Class Mail, postage pre-paid and properly addressed to the following:

Alison B. Prout
prout@bmelaw.com
Jeffrey O. Bramlett
bramlett@bmelaw.com
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Respectfully submitted, this 15th day of January, 2015.

                                     **HURT STOLZ, P.C.**

                                 s/  James W. Hurt, Jr.
                                 By:  James W. Hurt, Jr.
                                 Georgia Bar No.:  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFFS**