# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARLA BROYLES and CHARITY MIACO, Individually and as class representatives for all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PERSELS & ASSOCIATES, LLC, f/k/a RUTHER & ASSOCIATES, LLC; PERSELS & ASSOCIATES, LLP; and PERSELS & ASSOCIATES, PLLC,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO.: 1:12-cv-00294-CAP |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that a true and correct copy of **DEFENDANTS' RESPONSE TO REQUESTS FOR ADMISSION OF PLAINTIFFS** was served upon counsel of record by e-mail and United States mail with adequate postage thereon, addressed as follows:

> James W. Hurt, Jr., Esq.
> Hurt Stolz, P.C.
> 345 West Hancock Avenue
> Athens, Georgia  30601
> jhurt@hurtstolz.com

1302063.1

Christopher A. Cosper, Esq.
Hull Barrett, P.C.
801 Broad Street, Suite 700
Augusta, Georgia  30901
ccosper@hullbarrett.com

Kris Skaar, Esq.
James M. Feagle, Esq.
Skaar & Feagle, LLC
108 E. Ponce De Leon Avenue, Suite 204
Decatur, Georgia  30030
krisskaar@aol.com
jimfeagle@aol.com

George Richard DiGiorgio, Esq.
F. Jerome Tapley, Esq.
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, Alabama  35205
rdigiorgio@cwcd.com
jtapley@cwcd.com

This 5th day of February, 2015.

      Respectfully submitted,

      */s/ Alison B. Prout*
      Jeffrey O. Bramlett
      Georgia Bar No. 075780
      Email: bramlett@bmelaw.com
      Alison B. Prout
      Georgia Bar No. 141666
      Email: prout@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP    ***Attorneys for Defendants***
3900 One Atlantic Center
1201 West Peachtree Street, N.W.

1302063.1

Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) -881-4111

1302063.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2015, a copy of the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel as follows:

    James W. Hurt, Jr., Esq.
    Hurt Stolz, P.C.
    345 West Hancock Avenue
    Athens, Georgia  30601

    Christopher A. Cosper, Esq.
    Hull Barrett, P.C.
    801 Broad Street, Suite 700
    Augusta, Georgia  30901

    Kris Skaar, Esq.
    James M. Feagle, Esq.
    Skaar & Feagle, LLC
    108 E. Ponce De Leon Avenue, Suite 204
    Decatur, Georgia  30030

    George Richard DiGiorgio, Esq.
    F. Jerome Tapley, Esq.
    Cory, Watson, Crowder & Degaris, PC
    2131 Magnolia Avenue
    Birmingham, Alabama  35205

This 5th day of February, 2015.

                                                      */s/ Alison B. Prout*
                                                      Alison B. Prout