# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARLA BROYLES and CHARITY MIACO, Individually and as class representatives for all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PERSELS & ASSOCIATES, LLC, f/k/a RUTHER & ASSOCIATES, LLC; PERSELS & ASSOCIATES, LLP; and PERSELS & ASSOCIATES, PLLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 1:12-cv-00294-CAP |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(E), defendants Persels & Associates, LLC, Persels & Associates, LLP, and Persels & Associates, PLLC ("Defendants") consent to the withdrawal of the law firm of Bondurant, Mixson & Elmore, LLP, Jeffrey O. Bramlett, and Alison B. Prout ("Counsel") as counsel for the in the above-styled action.

Defendants are hereby informed of the following:

1.  The name, address and telephone number of the Clerk and opposing counsel are as follows:

1303149.1

       Clerk, United States District Court for the Northern District of Georgia
(404) 215-1660
75 Spring Street Southwest
Atlanta, GA 30303-3361

James W. Hurt, Jr., Esq.
Hurt Stolz, P.C.
345 West Hancock Avenue
Athens, Georgia  30601
jhurt@hurtstolz.com

Christopher A. Cosper, Esq.
Hull Barrett, P.C.
801 Broad Street, Suite 700
Augusta, Georgia  30901
ccosper@hullbarrett.com

Kris Skaar, Esq.
James M. Feagle, Esq.
Skaar & Feagle, LLC
108 E. Ponce De Leon Avenue, Suite 204
Decatur, Georgia  30030
krisskaar@aol.com
jfeagle@skaarandfeagle.com

George Richard DiGiorgio, Esq.
F. Jerome Tapley, Esq.
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, Alabama  35205
rdigiorgio@cwcd.com
jtapley@cwcd.com

2.     The Court retains jurisdiction of this action.

3. Defendants have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served.

4. Defendants have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

5. If Defendants fail or refuse to meet these burdens, Defendants may suffer adverse consequences.

6. A trial date has not been set and there are no currently scheduled proceedings; however, the holding of any such proceedings will not be affected by the withdrawal of Counsel. Responses to Plaintiffs' Requests for Production of Documents and Interrogatories are currently due on February 16, 2015.

7. Service of notices may be made upon Defendants at their last known address: 29 West Susquehanna Ave., 4th Floor, Towson MD 21204.

8. Since Defendants are corporations, they may only be represented in Court by an attorney. An attorney must sign all pleadings submitted to the Court, and a corporate office may not represent the corporation in Court unless that officer is also an attorney licensed to practice law in the state of Georgia. Failing to comply with this rule could result in a default being entered against Defendants.

9. Defendants have consented to Counsel's withdrawal.

1303149.1

This **17**th day of February, 2015.

Respectfully submitted,

/s/ Alison B. Prout
Jeffrey O. Bramlett
Georgia Bar No. 075780
Email: bramlett@bmelaw.com
Alison B. Prout
Georgia Bar No. 141666
Email: prout@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) -881-4111

*Attorneys for Defendants*

CONSENTED TO BY:

_____
Neil Ruther
On behalf of Persels &
Associates, LLC

_____
Neil Ruther
On behalf of Persels &
Associates, LLP

1303149.1

Neil Ruther
On behalf of Persels &
Associates, PLLC

This /7th day of February, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2015, a copy of the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel as follows:

> James W. Hurt, Jr., Esq.
> Hurt Stolz, P.C.
> 345 West Hancock Avenue
> Athens, Georgia 30601
>
> Christopher A. Cosper, Esq.
> Hull Barrett, P.C.
> 801 Broad Street, Suite 700
> Augusta, Georgia 30901
>
> Kris Skaar, Esq.
> James M. Feagle, Esq.
> Skaar & Feagle, LLC
> 108 E. Ponce De Leon Avenue, Suite 204
> Decatur, Georgia 30030
>
> George Richard DiGiorgio, Esq.
> F. Jerome Tapley, Esq.
> Cory, Watson, Crowder & Degaris, PC
> 2131 Magnolia Avenue
> Birmingham, Alabama 35205

This 17th day of February, 2015.

/s/ *Alison B. Prout*
Alison B. Prout

1304943.1